UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Thomas More Law Center, et al.,

                Plaintiff(s),

v.                                           Case No. 2:10−cv−11156−GCS−RSW
                                             Hon. George Caram Steeh

President of the United States, et al.,

                Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable George Caram Steeh, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  June 14, 2010 at 03:30 PM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                          By: s/ M. Beauchemin
                                                                 Case Manager

Dated:  May 13, 2010