UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS MORE LAW CENTER, ET AL.,

        Plaintiffs,                          Case No. 2:10-CV-11156
                                                   HON. GEORGE CARAM STEEH

vs.

PRESIDENT OF THE UNITED STATES, ET AL.,

        Defendants,

_____/

ORDER CONSOLIDATING HEARING ON PRELIMINARY
INJUNCTION WITH TRIAL ON MERITS PURSUANT TO FRCP 65(a)(2)


Before this court are plaintiffs' complaint and motion for preliminary injunction to prevent the enforcement of the recently enacted federal law known as the "Patient Protection and Affordable Care Act" (hereinafter "Act"). Both parties agree that there is no material factual dispute with regard to plaintiffs' Commerce Clause claim, which is purely legal, and that a prompt resolution of the constitutional issue would serve the public interest. Now, therefore,

IT IS HEREBY ORDERED that trial and the preliminary injunction hearing on plaintiffs' Commerce Clause claim are consolidated pursuant to Fed. R. Civ. P. 65(a)(2), and will be heard by the court on July 21, 2010 at 9:30 a.m.


Dated: July 15, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 15, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk